NORTH BERGEN STORES, INC. v. TOWNSHIP OF NORTH BERGEN.

February 28, 1984.

Petition for certification denied.

LINDA MYERS v. GUY MYERS.

February 28, 1984.

Petition for certification denied.

BOROUGH OF ATLANTIC HIGHLANDS v. ATLANTIC HIGHLANDS P.B.A. LOCAL 242.

February 28, 1984.

Petition for certification denied.

BOROUGH OF ATLANTIC HIGHLANDS v. ATLANTIC HIGHLANDS P.B.A. LOCAL 242 AND PUBLIC EMPLOYMENT RELATIONS COMMISSION.

February 28, 1984.

Petition for certification denied.